COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-284-CV

STEPHEN SANDERS
 
APPELLANT

V.

THE TEXAS DEPARTMENT OF PUBLIC SAFETY
 APPELLEE

 
 

----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Voluntary Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ. 

DELIVERED:  September 20, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.